ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2025-Jul-31  15:16:23
60CV-25-8788
C06D11 : 23 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

VAN DER GRAAF, CORP.; *and*
ALEXANDER KANARIS                                                    PLAINTIFFS

vs.                              CASE NO.: _____

CONVEYOR TECHNOLOGY &
COMPONENTS, LLC;
JUSTIN CARMODY; *and*
J. BARTON LANGLEY                                                    DEFENDANTS

## COMPLAINT

Plaintiffs Van der Graaf, Corp. and Alexander Kanaris submit their Complaint against defendants Conveyor Technology & Components, LLC, Justin Carmody, and J. Barton Langley, and allege as follows:

### PARTIES, JURISDICTION, AND VENUE

1.      Van der Graaf, Corp. ("VDG") is a Michigan corporation engaged in the design, manufacture, and sale of proprietary electric drum motors for conveyor systems, with established operations across the globe.

2.      Alexander Kanaris is an individual residing in Palm Beach County, Florida, and the founder and owner of VDG.

3.      Conveyor Technology & Components, LLC ("Conveyor Technology") is a foreign limited liability company with its principal place of business in North Little Rock, Pulaski County, Arkansas.

4.      Justin Carmody ("Carmody") is an individual residing in Pulaski County, Arkansas, and the founder and principal of Conveyor Technology.

5.     J. Barton Langley ("Langley") is an individual residing in Pope County, Arkansas, and an investor in Conveyor Technology.

6.     The Court has jurisdiction over the parties and subject matter, and venue is proper. Ark. Code Ann. §§ 16-4-101, 16-13-201, and 16-60-101.

## FACTUAL BACKGROUND

7.     Kanaris founded VDG over 40 years ago. He is widely recognized in the industry as a pioneer in drum motor design. VDG's products are used by major industrial clients, including airports, mines, parcel delivery services, and food processing facilities, and the company has been manufacturing in the United States for more than 15 years. VDG has long-standing relationships with these existing and prospective clients.  VDG operates manufacturing facilities in Canada and the United States and maintains technical and service centers across the world, including a service center in Russellville, Arkansas.

8.     From approximately 1995 to March 31, 2023, Conveyor Technology was an authorized distributor of VDG drum motors.

9.     Conveyor Technology, through Carmody, engaged in deceptive practices, including relabeling VDG part numbers and suppressing VDG branding, to interfere with VDG's ability to identify and contact existing and prospective customers for the purpose of providing warranty coverage and customer service.

10.     Conveyor Technology continued its deceptive practices despite multiple warnings from VDG.  Conveyor Technology ignored VDG's warnings.  VDG terminated its distribution agreement with Conveyor Technology, effective March 31, 2023 because of its failure or refusal to comply with VDG policies and procedures.

11.    Conveyor Technology entered into a new business partnership with Langley after this termination.  Langley began working with Carmody to develop and launch a new line of drum motors branded as "Tech-Roll."

12.    Carmody and Langley organized a press event at Conveyor Technology's facility in North Little Rock, Arkansas, on or around June 9, 2025, to announce the company's $33 million expansion. The event was attended by Arkansas Governor Sarah Huckabee Sanders and widely covered by regional news media.

13.    A news anchor stated on air during a June 2025 broadcast that Conveyor Technology is the "only U.S.-based manufacturer" of drum motors.  A true and correct copy of the broadcast is attached as **Exhibit 1** and incorporated.[1]

14.    The same characterization appeared in coverage by other media outlets, including *Talk Business & Politics*, which repeated the false claim that Conveyor Technology is the "only U.S.-based manufacturer of electric drum motors." A true and correct copy of the article is attached as **Exhibit 2** and incorporated.

15.    The claim's repetition across multiple media outlets suggests that it originated from statements made or permitted to be made by Conveyor Technology or its agents.

16.    Conveyor Technology, Carmody, and Langley knew that it was false to claim that Conveyor Technology is the only U.S.-based manufacturer of electric drum motors.  Conveyor Technology and Langley had three decades of business history with VDG, so they knew that VDG has long operated a manufacturing facility in the United States and produces its electric drum motors domestically.

---

[1] Exhibit 1 is provided under separate cover to the Clerk of the Court

17.     Conveyor Technology markets and promotes its Tech-Roll product line to the public through printed performance comparison flyers that are circulated and distributed directly to VDG's customers and prospective customers, industry stakeholders, end-users, and manufacturers, particularly in the food processing industry.  The flyer purports to provide a side-by-side comparison of the benefits and features of Tech-Roll drum motors and those manufactured by VDG.  A true and correct copy of the flyer is attached as **Exhibit 3** and incorporated.

18.     Conveyor Technology is engaged in a deliberate comparison scheme intended to negatively influence the market against VDG's drum motors and to mislead customers about VDG's capabilities and services.  For example, the flyer only compares Tech-Roll's drum motors to VDG's, and it excludes comparisons to at least three other competitors in the marketplace that manufacture drum motors.

19.     The flyer contains multiple false or misleading statements about VDG, including but not limited to the following:

   a.   VDG drum motors are not made in the United States;

   b.   VDG does not provide 24/7 service;

   c.   VDG does not offer warranty coverage;

   d.   VDG does not manufacture, sell, and service drum motors;

   e.   Conveyor Technology has a lower cost of ownership;

   f.   VDG does not have over 125 years of combined application assistance;

   g.   VDG does not provide guaranteed specifications; and

   h.   VDG does not provide start-up assistance or on-site technical support.

**Ex. 3**.

20.     Each of these statements is false. In truth and in fact:

4

a.  VDG has manufactured electric drum motors in the United States since 2010, VDG currently operates two manufacturing facilities in Michigan, and VDG is the largest drum motor manufacturer in North America;

b.  VDG provides 24/7 technical assistance, a service that it has provided continuously for over 40 years;

c.  VDG offers a five-year warranty on all new drum motors and a two-year warranty on repaired or remanufactured units;

d.  VDG manufactures, sells, services, and repairs its drum motors, making it a true "one-stop shop" with integrated service and sales operations throughout North America, Europe, South America, and Asia;

e.  There is no substantiated basis for Conveyor Technology to claim that its Tech-Roll has a lower cost of ownership than VDG products. The Electric Tech-Roll product is new-to-market and lacks a performance history, but according to Conveyor Technology's marketing materials, the Electric Tech-Roll product purports to be equally efficient to VDG's products;

f.  Conveyor Technology has no support for its claim that VDG does not have 125 years of combined application assistance.  VDG employs over 200 employees, including experienced engineers and technical staff with decades of combined experience in drum motor applications, and VDG has been in business for over 40 years;

g.  VDG provides detailed engineering specifications for its products and guarantees conformity to applicable performance and safety standards in each installation;

h. VDG has consistently provided start-up engineering support and on-site technical assistance to its customers for more than four decades.

21. On its website, Conveyor Technology holds itself out as "North America's largest independent dealer and repair facility of drum motors" and "the largest drum motor facility in North America." A true and correct copy of this representation is attached as **Exhibit 4** and incorporated. Upon information and belief, Conveyor Technology employed approximately 10 to 12 individuals as recently as six months prior to the publication of its claims, and its electric drum motor operations are limited in scope and scale when compared to VDG. By contrast, VDG employs over 200 individuals, VDG operates multiple manufacturing and service facilities across North America, and VDG exclusively designs, manufactures, and services electric drum motors. The claim that Conveyor Technology is the largest dealer and repair facility in North America is a material misstatement intended to mislead potential customers, inflate its industry status, and harm VDG's business reputation.

22. Conveyor Technology and its agents continued to disseminate misleading statements on its website and in marketing materials for the purpose of diverting business from VDG and to damage VDG's reputation, despite knowing that its statements were false and misleading from its nearly 30-year relationship with VDG and multiple direct communications from VDG to Conveyor Technology about their obligations and representations.

23. Upon information and belief, the actions described in this complaint are part of Conveyor Technology's broader pattern of unfair and unethical competition intended to harm plaintiffs' standing in the marketplace and mislead end users about VDG's capabilities and services.

24.     Upon information and belief, Conveyor Technology and its agents, including but not limited to Carmody and Langley, have told prospective customers that Conveyor Technology can repair VDG's motors using "certified parts" from VDG.  Conveyor Technology is prohibited from purchasing or using parts from VDG after the termination of the parties' distributorship agreement, and VDG does not certify its parts, in any event.

25.     Upon information and belief, Conveyor Technology has continued to acquire VDG drum motors and parts through straw purchasers, including original equipment manufacturers and affiliated third parties. These purchases are structured to conceal Conveyor Technology's identity as the ultimate recipient and are intended to bypass VDG's direct sales restrictions and quality control measures.

26.     In conjunction with these covert acquisitions, Conveyor Technology has represented to customers that it is authorized to supply and service VDG drum motors, including by offering its own separate warranty coverage on VDG's products. **Ex. 4** ("We offer a one year warranty, from date of installation, on all Van der Graaf drum motor repairs."). Conveyor Technology's warranty representations were made without VDG's knowledge or consent and are unauthorized.

27.     Conveyor Technology has misled customers about the scope and validity of available product support. VDG does not recognize or honor any warranty issued by Conveyor Technology, and these representations expose customers to the risk of inadequate or improper service while damaging VDG's reputation for quality and reliability and interfering with VDG's direct relationships with its customers.

28.    Carmody and Langley made separate defamatory statements about Kanaris to individuals in the Arkansas business community and the broader industrial sector. These personal attacks targeted Kanaris's character and professional integrity.

29.    Upon information and belief, Langley referred to Kanaris as a "snake" and accused him of being someone who would "leave you hanging" in conversations with third parties in the drum motor industry, including former VDG employees.

30.    Carmody made disparaging remarks about Kanaris and VDG in discussions with potential business partners and industry contacts, describing them as unethical, deceptive, and untrustworthy, and cautioning others against working with them.

31.    These statements were made to individuals who either had or were exploring business relationships with VDG, they were intended to dissuade engagement with Kanaris and VDG, they were made to redirect business to Conveyor Technology, and they were made with malice and to harm Kanaris's professional reputation and to interfere with VDG's ongoing and prospective commercial relationships, because they were motivated by defendants' resentment over VDG's termination of its distributor relationship with Conveyor Technology.

32.    These statements, both individually and in conjunction with the false advertising and misrepresentations described above, have caused serious reputational harm to Kanaris and VDG, interfered with their professional relationships, and contributed to the loss of actual and prospective business opportunities.

## COUNT I — TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY
### (Against All Defendants)

33.    Paragraphs 1 through 32 are restated and incorporated.

34.    Plaintiffs maintained long-standing and ongoing business relationships and expectancies with numerous customers in Arkansas and throughout the United States, including but not limited to customers in the poultry, parcel delivery, and industrial processing industries.

35.    Defendants had actual knowledge of these relationships and expectancies, and they knew the identity of specific customer contacts and VDG's transaction histories with its existing and prospective customers, because of defendants served as VDG's authorized distributor for nearly three decades.

36.    Defendants undertook a concerted campaign to disrupt VDG's business relationships with its existing and prospective customers and to divert those relationships to Conveyor Technology after VDG terminated its distribution relationship with Conveyor Technology.  By way of example only, defendants:

    a.  Distributed a false and misleading flyer to VDG's existing and prospective customers that portrayed VDG as a foreign-only manufacturer and falsely claimed that VDG lacked core capabilities to service customers;

    b.  Repeated and authorized the public dissemination of the false claim that Conveyor Technology was the "only U.S.-based manufacturer" of electric drum motors across multiple media outlets;

    c.  Misrepresented to VDG's existing and prospective customers that Conveyor Technology could repair VDG motors using "certified parts," but VDG prohibited Conveyor Technology from purchasing or using VDG's parts after the termination of their distributorship agreement;

9

    d.  Offered and advertised unauthorized warranties on VDG drum motors, falsely suggesting that Conveyor Technology remained affiliated with or approved by VDG, thereby undermining VDG's direct service relationships and misrepresenting the availability of product support; and

    e.  Published false and disparaging statements about Kanaris to third parties and characterizing him as unethical and untrustworthy, to undermine his professional standing and to disrupt VDG's relationships with its existing and potential customers.

37.    These actions were undertaken intentionally and without justification. Defendants' conduct was improper and malicious, motivated by competitive animus, ill will, and a spirit of revenge after VDG terminated Conveyor Technology's distributorship agreement.

38.    Defendants' conduct meets the legal standard for improper interference under Arkansas law, as it involved:

    a.  False and deceptive statements designed to mislead third parties;

    b.  Disparagement of a competitor in violation of recognized ethical norms and business practices;

    c.  Intentional disruption of long-standing customer relationships that VDG built over decades; and

    d.  A bad faith motive, aimed not at legitimate competition but at injuring plaintiffs through dishonest and unfair tactics.

39.    Defendants' conduct interfered with VDG's ability to maintain direct relationships with its customers and ensure consistent product support.  By masking the origin of VDG's parts and misrepresenting VDG's service capabilities, defendants impeded VDG's sales efforts and

redirected business that VDG was otherwise positioned to obtain from its existing and potential customers.

40.    Defendants' conduct was not privileged, and it was not carried out in good faith or in furtherance of any legitimate duty or lawful interest.

41.    As a direct and proximate result of defendants' tortious interference, plaintiffs have suffered damages in an amount to be proven at the trial of this matter that is greater than the amount required for federal jurisdiction in diversity-of-citizenship cases.

## COUNT II — UNJUST ENRICHMENT
### (Against All Defendants)

42.    Paragraphs 1 through 41 are restated and incorporated.

43.    VDG conferred benefits on defendants by supplying proprietary drum motors, parts, and product support over the course of their long-standing distribution relationship.

44.    Defendants retained and used VDG's parts after VDG terminated that relationship, acquired them through straw purchasers, and relabeled them to conceal their origin.

45.    Defendants issued their own warranties on VDG's products, capitalizing on the goodwill and service expectations associated with the VDG brand.

46.    Under these circumstances, defendants knowingly accepted the benefit of VDG's products and reputation without authorization or compensation, and it would be unjust for defendants to retain the value derived from those benefits without payment.

47.    Plaintiffs are entitled to recover the reasonable value of the benefits conferred and retained by defendants.  This amount will be proven at the trial of this matter, and it is greater than the amount required for federal jurisdiction in diversity-of-citizenship cases.

## COUNT III — DEFAMATION
### (Against All Defendants)

48.    Paragraphs 1 through 47 are restated and incorporated.

49.    On or around June 9, 2025, defendants disseminated or authorized the dissemination of the false claim that Conveyor Technology was the "only U.S.-based manufacturer" of electric drum motors.

50.    Defendants published and distributed marketing flyers comparing Conveyor Technology's Tech-Roll products to VDG's drum motors. The flyers included a series of false and disparaging statements about VDG's manufacturing origin, service capabilities, warranty coverage, technical expertise, and overall reliability.

51.    Defendants targeted the flyers to VDG's existing and prospective customers in the food processing and industrial sectors, and Defendants designed the flyers to falsely portray VDG as an inferior or foreign-only competitor.

52.    Defendants made statements to VDG's existing and prospective customers that VDG lacked U.S.-based manufacturing, did not offer essential support services, and was generally untrustworthy as a supplier.

53.    Defendants made these statements with actual knowledge of their falsity or, at minimum, with reckless disregard for the truth, because defendants had direct and long-term knowledge of VDG's operations through their distributor relationship with VDG.

54.    Defendants made these statements with the intent to injure plaintiffs' reputations, disrupt their commercial relationships, and divert business to Conveyor Technology.

55.    Conveyor Technology's statements were made by its agents within the scope of their authority and for the benefit of the company.

56.    As a direct and proximate result of defendants' defamatory statements, plaintiffs have suffered damages in an amount to be proven at the trial of this matter that is greater than the amount required for federal jurisdiction in diversity-of-citizenship cases. By way of example only, plaintiffs suffered harm to their reputations, diminished standing within the industry, and erosion of goodwill built over decades. Defendants' false statements were intended to discredit VDG in the eyes of its existing and potential customers and competitors, and defendants' publication has impaired VDG's ability to compete fairly in the marketplace.

### COUNT IV — DEFAMATION
**(Against Separate Defendants Justin Carmody and J. Barton Langley)**

57.    Paragraphs 1 through 56 are restated and incorporated.

58.    Upon information and belief, Carmody and Langley made false statements about Kanaris to individuals in the Arkansas business community and industrial sector, including assertions that he was a "snake," unethical, and untrustworthy in business.

59.    These statements were made to third parties, including, upon information and belief, key decisionmakers at poultry processors, VDG's competitors, and VDG's former sales representatives.

60.    The statements falsely accused Kanaris of unethical conduct in the course of his profession and were intended to damage his reputation and interfere with his business relationships.

61.    As a direct and proximate result of defendants' defamatory statements, Kanaris has suffered damages in an amount to be proven at the trial of this matter that is greater than the amount required for federal jurisdiction in diversity-of-citizenship cases. By way of example only, Kanaris has sustained damage to his professional reputation and standing in the electric drum motor

industry.  Defendants made their statements about Kanaris with malice and with the intent to undermine confidence in his character and business ethics.

**COUNT V — PUNITIVE DAMAGES**
**(Against All Defendants)**

62.    Paragraphs 1 through 61 are restated and incorporated.

63.    Defendants knew or ought to have known, in light of the surrounding circumstances, that their deceptive trade practices, tortious interference with VDG's long-standing relationships with its existing and potential customers, and false statements about plaintiffs would naturally and probably result in damage to plaintiffs, and defendants continued their conduct in reckless disregard of the consequences from which malice may be inferred.

64.    Defendants intentionally committed deceptive trade practices, tortiously interfered with VDG's long-standing relationships with its existing and potential customers, and made false statements about plaintiffs for the purpose of causing damage to plaintiffs.

65.    Plaintiffs request punitive damages against defendants in the greatest amount allowed by law.

**JURY DEMAND**

66.    Plaintiffs demand a trial by jury on all issues triable to a jury under law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Van der Graaf, Corp., and Alexander Kanaris pray that the Court enter judgment in their favor and against Defendants Conveyor Technology & Components, LLC, Justin Carmody, and J. Barton Langley, and award the following relief:

(a)    Compensatory damages in an amount to be determined at the trial of this matter and not less than the amount required for federal jurisdiction in diversity-of-

citizenship cases, for injury to plaintiffs' business reputation, loss of goodwill, and interference with VDG's existing and prospective business relationships;

(b)     Special damages for identifiable business losses resulting from the dissemination of the false and defamatory statements and improper interference with business expectancies;

(c)     Punitive damages for defendants' knowing, malicious, or recklessly indifferent conduct;

(d)     Pre- and post-judgment interest in the greatest amount allowed by law;

(e)     Costs of suit, including reasonable attorneys' fees to the extent permitted by law; and

(f)     All other just and proper relief to which Plaintiffs may be entitled.

> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> (501) 379-1700
> cchiles@qgtlaw.com
> wyandell@qgtlaw.com
>
> By: _____
>     E. B. Chiles IV (96179)
>     William T. Yandell (2023160)
>
> *Attorneys for Van der Graaf, Corp. and Alexander Kanaris*

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

VAN DER GRAAF, CORP.; *and*
ALEXANDER KANARIS                                                          PLAINTIFFS

vs.                              CASE NO.: _____

CONVEYOR TECHNOLOGY &
COMPONENTS, LLC;
JUSTIN CARMODY; *and*
J. BARTON LANGLEY                                                          DEFENDANTS

**<u>EXHIBIT 1 TO COMPLAINT</u>**

Exhibit 1 is a video file submitted on a flash drive contemporaneously with the Complaint.

It is incorporated by reference as part of the pleading and is available for review in the physical

case file maintained by the Clerk of Court.

EXHIBIT
1

# TB&P

## Conveyor Technology to expand in North Little Rock with $33 million investment

by **Talk Business & Politics staff** · staff2@talkbusiness.net    ⏱ June 9, 2025 11:21 am    👁 729 views

**Tags:** Conveyor Technology

😊 Facebook    ✖ X    💼 LinkedIn    Ⓢ Threads    🖨 Print    ✉ Email



**C**onveyor Technology, the largest dealer and repair company for electric drum motors in North America, is expanding its North Little Rock operations with an investment of $33 million, the company announced Monday (June 9).

This expansion is expected to create 100 new jobs. Conveyor Technology now has 33 employees.

"The launch of our new state-of-the-art manufacturing center marks a bold new chapter for Conveyor Technology. By producing Tech-Roll electric and hydraulic drum motors here in Arkansas, we're preserving over 20 high-paying jobs, creating a path to more than 100 new ones, and aiming for $54 million in annual revenue. We're grateful to the Arkansas Economic Development Commission and the Governor's Office for their support and for helping make this vision a reality," said Justin Carmody, founder and CEO of Conveyor Technology Inc.

Company executives joined Governor Sarah Sanders, state officials, and local leaders for a dedication of the new Conveyor Technology facility at a Monday press event. The state-of-the-art facility will be the production hub for Conveyor Technology's proprietary line of drum motors, produced under the Tech-Roll brand name.

"With this $33 million announcement, Conveyor Technology continues to demonstrate its commitment to investing in our workforce and the manufacturing future of our state," said Gov. Sanders. "This state-of-the-art facility will produce more jobs and more revenue for our Central Arkansas economy – and we thank them for choosing to invest in the Natural State."

Conveyor Technology, which has been in business for over 30 years, is partnering with Arkansas-based FoxDen Capital on the $33 million investment. The investment will create high-tech manufacturing jobs in Arkansas and reinforce the state's position as a hub for advanced industry.

"Conveyor Technology is an industry leader, and we are proud that the company is continuing to grow in the Natural State," said Clint O'Neal, executive director of the Arkansas Economic Development Commission. "With this latest expansion, Conveyor Technology is contributing to the strength of the U.S. domestic manufacturing sector while also creating new jobs that will have an impact on the lives of many Arkansans."

Founded in 1994, Conveyor Technology is the only U.S.-based manufacturer of electric drum motors. In addition to manufacturing its line of drum motors, the company also sells and services all major brands of drum motors.

A drum motor, also known as a motorized pulley, is a completely enclosed electric drive system where the motor, gearbox, and bearings are integrated within the shell of a drum.

😊 Facebook    ✖ X    💼 LinkedIn    Ⓢ Threads    🖨 Print    ✉ Email

### Election 2026



### The Compass Report



✉ **Talk Business & Politics by email**

Arkansas headlines delivered
to you on demand

Email address

☐ Statewide Newsletter
☐ Northeast Arkansas Newsletter
☐ Fort Smith Newsletter
☐ Northwest Arkansas Newsletter

Submit

### Advertisement

**EXHIBIT 2**

### Opinion

Are we good with this?
BY ROBY BROCK

Feeding the future takes people who build things
BY BLAKE ROLLINS

**Related**

  

Keeping Bentonville a place to live, not just visit
BY PAUL B. GATLING

Build with intention, nurture with direction
BY ERIK DEES

Supporting women supports Arkansas'
economic growth
BY ESPERANZA MASSANA CRANE

**Latest**   Popular

 Dog Haus to open restaurants in NWA,
Fort Smith, Little Rock

 BRICS+ could negatively impact US,
Arkansas agri industry

 Report: Consumers want more than low
prices, are 'more discerning'

 Arkansas Rural Health Academy names
Scott Kuttenkuler as inaugural president

 New Fort Smith Boys Home facility a
'major step forward' for the program

PREVIOUS POST
**Arkansas ranks 45th in latest child well-being ranking**

NEXT POST
**Import cargo levels may surge during tariff pause with China, others**



Talk Business & Politics is a news website that covers
business, politics and culture in Arkansas. You can also sign
up for daily e-mail news delivered every morning to your inbox.

**Recent Business News**

Dog Haus to open restaurants in NWA, Fort Smith, Little
Rock
BY MICHAEL TILLEY

June 30, 2025

Report: Consumers want more than low prices, are
'more discerning'
BY KIM SOUZA

June 30, 2025

Copyright Talk Business & Politics © 2023. All Rights Reserved





# THE NEW TECH-ROLL ELECTRIC DRUM MOTOR IS HERE!!

*TRE SERIES*



### MADE IN THE USA
Tech-Roll is **manufactured in the USA**. No additional tariff charges or customs brokerage fees/issues.



### ONE STOP SHOP
By adding "Manufacturing" to our process, we can now **manufacture**, sell, and service our motors, then report to you how they are performing!



### INTERCHANGABLE WITH VAN DER GRAAF®MOTORS
Our motors are designed to drop into existing Van de Graaf® applications.



### WARRANTY
Tech Roll motors are backed with the industry's first, **"You Break It, We Fix It"** warranty.

Contact Conveyor Technology for more information on this revolutionary design and the belt series options available.

EXHIBIT
3



# OUR HISTORY

Conveyor Technology was founded by Justin Carmody in 1994, driven by a God-inspired vision. Over the past three decades, we have established ourselves as the drum motor experts in the conveyance industry—becoming North America's largest drum motor dealer and rebuild center. Our success is built on creating measurable increases in run-time for our customers by engineering, selling, servicing, and reporting results back to them. That's why we say, "We Increase Runtime."

Recognizing the need for a U.S.-based supply chain, we have leveraged our extensive drum motor knowledge and application expertise to build a state-of-the-art manufacturing facility—where we will produce the highest quality drum motors in the world. This completes the circle, allowing us to provide a fully integrated customer experience. We are now a one-stop shop for all drum motor needs—right here in the USA.

Our mission is to offer electric and hydraulic drum motors that significantly outlast traditional motors and gearboxes. We focus on creating a safer work environment, eliminating foreign materials from the product stream, and delivering maximum return on investment.



## THE ADVANTAGES OF TECH-ROLL DRUM MOTORS

| Advantages | Tech-Roll | Van der Graaf® | Motor & Gearbox |
|---|:---:|:---:|:---:|
| **WORKER SAFETY - FEWER PINCH POINTS** | ✔ | ✔ | |
| **FOOD SAFETY - LESS BACTERIAL HARBORAGE - EASY CLEAN** | ✔ | ✔ | |
| **SPACE SAVING - FITS INSIDE THE CONVEYOR FRAME** | ✔ | ✔ | |
| **NO PREVENTATIVE MAINTENANCE** | ✔ | ✔ | |
| **ENERGY EFFICIENT** | ✔ | ✔ | |
| **INTERCHANGEABLE PARTS** | ✔ | ✔ | |
| **MADE IN THE USA** (LITTLE ROCK, AR) | ✔ | | |
| **RELIABLE 24/7 SERVICE** (NEW & REBUILD) | ✔ | | |
| **WARRANTY - "YOU BREAK IT, WE FIT IT"** (TECH-ROLL ELECTRIC & HYDRAULIC) | ✔ | | |
| **ONE-STOP SHOP** (MANUFACTURE, SELL, SERVICE & REPORT) | ✔ | | |
| **LOWEST COST OF OWNERSHIP** | ✔ | | |
| **ONSITE TECHNICAL ASSISTANCE** | ✔ | | |
| **OVER 125 YEARS OF COMBINED APPLICATION ASSISTANCE** | ✔ | | |
| **GUARANTEED SPECS** | ✔ | | |
| **PROJECT STARTUP ASSISTANCE** | ✔ | | |



📞 (800) 847-1728    ✉ sales@drummotors.net    ⬤ 24/7 On Call Service                    y ▶ f in

**CONVEYOR** *Technology* **OUR COMPANY**    PRODUCTS    SALES    REPAIR SERVICES    RESOURCES    GET A QUOTE    CONTACT US

THE DRUM MOTOR SPECIALISTS



## We repair all types of **drum motors.**

**LEARN MORE**

📞 **a drum ...or specialist.**    Our trained mechanics are on call 24/7.    **CONTACT US**

## THE PRODUCTS WE OFFER



EXHIBIT 4

Conveyor Technology is North America's largest independent drum motor center. We specialize in electric and hydraulic drum motors. We also offer repair services for all the major drum motor brands including Van der Graaf®, Interroll®, Tech-Roll™, Sparks® and more. WE ARE THE DRUM MOTOR SPECIALISTS! Call us today for prompt and courteous service.

**READ MORE**







## DRUM MOTOR REPAIR

We are North America's largest independent drum motor repair center. We offer repair services for all the major drum motor brands including Interroll®, Tech-Roll™, Van der Graaf®, and Sparks®. Our capabilities and service quality is unmatched in the industry bringing greater peace of mind that the job will get done fast and accurately. With factory trained certified mechanics on call 24/7, you can call us anytime, day or night.

**READ MORE**

## OUR MISSION



To provide an experience with electric and hydraulic drum motors that creates an overwhelmingly longer lifespan than traditional motors and gearboxes.

Using extensive product knowledge, prompt customer service and like new rebuilds, we commit to develop and maintain relationships with those conveying all types of products in which measurable increased production time is achieved.



**RMA TRACKING**
Want to know how long your rebuilt motors from CTI are lasting? We track all incoming and outgoing repairs from the date of install.

**24/7 SERVICE**
We have trained service technicians on call 24/7 so we can get you running again anytime.

**LARGEST INVENTORY**
We have a large spare parts inventory and stock new drum motors as well.

**FAST TURNAROUND**
With technicians on call 24/7, we have the fastest repair turnaround time in the industry.

**EXPEDITED SERVICE**
If your drum motor needs to be repaired, downtime can be very costly. That's why we have a courier service available 24/7.

**1 YEAR WARRANTY**
We offer a one year warranty, from date of installation, on all Van der Graaf® drum motor repairs.

## VALUED CUSTOMERS







**30** YEARS OF EXPERIENCE

**354** PROJECTS DONE

**785** CUSTOMERS

**127** COMBINED YEARS OF





**ABOUT US**

With over 30 years of experience, Conveyor Technology has the largest drum motor facility in North America, selling and repairing all major brands of drum motors.

🕐 24/7 On Call Service

**CONTACT US**

29 Collins Industrial Pl Ste 2G
North Little Rock, Arkansas
(800) 847-1726

© Copyright Conveyor Technology

Follow us